# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| JOHN D'ANGELO, ET AL.<br><br>Plaintiff,<br><br>v.<br><br>LAURA TAKACS, ET AL.<br><br>Defendants. | CASE NO.. 1:18 CV 01574<br><br>JUDGE JAMES GWIN<br><br>**NOTICE OF WITHDRAWAL OF MOTION FOR PRELIMINARY INJUNCTION AND PERMANENT INJUNCTION (DOC #51)** |

Plaintiff by and through counsel, hereby gives Notice to this Honorable Court and to the Defendants (by and through their Attorneys), that Plaintiff is hereby withdrawing his Motion for Preliminary Injunction and Permanent Injunction (Doc #71).

The reason for the withdrawal of the Motion is that Defendants, yesterday at 3:30 p.m., returned possession of the dogs to their owner.

Respectfully submitted,

/s/ Michela Huth
MICHELA HUTH
(OH Reg. No. 0091353)
PO Box 17
Bolivar, OH 44612
Phone: 330-440-4027
Email: michelahuth.esq@gmail.com
*Attorney for Plaintiff*


/s/ Richard Rosenthal
RICHARD BRUCE ROSENTHAL
(NY Reg. No. 1637677)
120-82 Queens Blvd.
Kew Gardens, NY 11415
Phone: 718-261-0200
Fax: 718-793-2791
Email: richard@thedoglawyer.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above Notice was sent to Middleburg Heights Law Director, Gary Ebert by email at gaebert@middleburgheights.com and Cuyahoga County Law Director, Robert Triozzi, at Rtriozzi@cuyahogacounty.us, on July 12, 2018.

                                          /s/ Michela Huth
                                         MICHELA HUTH