## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| JOHN D'ANGELO, | CASE NO.. 1:18 CV 01574 |
| Plaintiff, | JUDGE JAMES GWIN |
| v. | **NOTICE OF DISMISSAL,** |
| LAURA TAKACS, ET AL. | **PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE, R. 41(a)** |
| Defendants. | |

Plaintiff by and through counsel, hereby gives Notice to this Honorable Court and to the Defendants (by and through their Attorneys), that Plaintiff is hereby dismissing the above captioned action pursuant to Federal Rules of Civil Procedure, R. 41(a).

Respectfully submitted,

/s/ Michela Huth
MICHELA HUTH
(OH Reg. No. 0091353)
PO Box 17
Bolivar, OH 44612
Phone: 330-440-4027
Email: michelahuth.esq@gmail.com
*Attorney for Plaintiff*


/s/ Richard Rosenthal
RICHARD BRUCE ROSENTHAL
(NY Reg. No. 1637677)
120-82 Queens Blvd.
Kew Gardens, NY 11415
Phone: 718-261-0200
Fax: 718-793-2791
Email: richard@thedoglawyer.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the above Notice was sent to Middleburg Heights Law Director, Gary Ebert by email at gaebert@middleburgheights.com and Kelli K. Perk, Assistant Prosecuting Attorney, kperk@prosecutor.cuyahogacounty.us, on August 24, 2018.

                                                     /s/ Michela Huth  
                                                   MICHELA HUTH